## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MICHAEL FRENCH,

                Defendant.

**8:11CR178**

**ORDER**

Defendant Michael French appeared before the court on June 23, 2017 on a Petition for Warrant for Offender Under Supervision [84]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Special Assistant U.S. Attorney Gregory D. Artis, Jr. Defendant waived his right to a preliminary examination. The government moved for detention. A detention hearing was scheduled on June 28, 2017.

A detention hearing was held on June 28, 2017. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Special Assistant U.S. Attorney Gregory D. Artis, Jr. The government did not oppose the recommendation that the defendant be released to reside at the Open Door Mission. The defendant will be released on current conditions of supervision and reside at the Open Door Mission.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

      **IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 26, 2017, at 3:00 p.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision and the Order Setting Conditions of Release (Filing No. 96).

Dated this 29th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge